IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

THOMAS G. ROBERTS &
MELL H. ROBERTS,                                §
                                                §
          Movants,                              §
                                                §
v.                                              §     MISCELLANEOUS CASE NO. B-06-17
                                                §
A.G. EDWARDS & SONS, INC.,                      §
                                                §
          Respondent.                           §

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## OPINION & ORDER

BE IT REMEMBERED that on January 30, 2007, the Court **STRUCK** Thomas G. Roberts and Mell H. Roberts' Sur-reply in Opposition to A.G. Edwards & Sons' Motion to Vacate. Dkt. No. 8.

Pursuant to Chambers Rule 5.E: "After a motion, response, and reply are filed, the Court will not entertain any additional or supplemental filings unless they are accompanied by a motion for leave to file explaining why the additional filing is necessary in the interests of justice." Movants filed a sur-reply, which is an additional filing beyond the motion, response, and reply. *See also* Dkt. Nos. 5, 6, 7. Movants did not, however, submit a motion for leave to file a sur-reply. Therefore, Movants' sur-reply was inappropriately filed.

Based on the foregoing, the Court **STRIKES** Thomas G. Roberts and Mell H. Roberts' Sur-reply in Opposition to A.G. Edwards & Sons' Motion to Vacate. Dkt. No. 8.

DONE at Brownsville, Texas, this 30th day of January, 2007.

_____
Hilda G. Tagle
United States District Judge