IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _Vasquez_

THOMAS G. ROBERTS &
MELL H. ROBERTS,

    Movants,

v.

A.G. EDWARDS & SONS, INC.,

    Respondent.

§
§
§
§
§
§
§
§
§

MISCELLANEOUS CASE NO. B-06-17

## OPINION & ORDER

BE IT REMEMBERED that on February 22, 2007, the Court **DISMISSED** as moot Thomas G. Roberts and Mell H. Roberts' Motion for Leave to File a Sur-reply in Opposition to A.G. Edwards & Sons' Motion to Vacate. Dkt. No. 10.

The Court has previously issued an Opinion & Order confirming the arbitration award in this case. Therefore, Movants' arguments are unnecessary and superfluous at this stage in the proceedings.

DONE at Brownsville, Texas, this 22th day of February, 2007.

Hilda G. Tagle
United States District Judge